**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KIMBERLY DIANE ANDERSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1076-KC-MAT** |
| | § | |
| **FRANK BISIGNANO, Commissioner of the Social Security Administration,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On this day, the Court considered the above-captioned case. On April 14, 2026, the Court referred this case to United States Magistrate Judge Miguel A. Torres pursuant to this Court's May 1, 2012, Standing Order. On September 4, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 10, concluding that the parties' Joint Motion to Remand, ECF No. 8, should be granted, and recommending that the case be reversed and remanded for further action by the Commissioner of Social Security Administration. R&R 2.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed. *See* Certified Mail Receipt, ECF No. 48.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 10, in its entirety, and **GRANTS** the Joint Motion, ECF No. 8.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED.**

**SIGNED this 1st day of October, 2026.**



KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE